IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT R. SMITH,

      Plaintiff,

      v.

ENTREPRENEUR MEDIA, INC.,

      Defendant.

No. 2:12-cv-02184-MCE-KJN PS

ORDER GRANTING ELECTRONIC FILING

      Presently before the court is plaintiff's Motion Requesting Permission For Person Appearing Pro Se To Use Electronic Filing. (Dkt. No. 4.) Plaintiff is proceeding without counsel.

      Plaintiff requests, pursuant to Local Rule 133, that he be permitted to use the court's electronic filing system because "[e]lectronic filing eliminates the additional burden and out-of-pocket expenses of conventional service." (Id. at 2.) Plaintiff also represents that counsel for defendant in this action did not respond to his requests for a stipulation to permit him to file electronically in this case. (Id. at 4.)

      Plaintiff has demonstrated an understanding of the applicable Eastern District Local Rules and the need for brevity in moving papers. (Id.) The undersigned also gives significant weight to the fact that plaintiff has received permission to file electronically in another

1

1 action in this district and, to date, has apparently not abused that privilege.  Accordingly, the
2 undersigned grants plaintiff's request for leave to use electronic filing.  *If plaintiff abuses the*
3 *privilege of electronic filing, however, the undersigned will revoke the privilege.*
4         Accordingly, IT IS HEREBY ORDERED that plaintiff's Motion Requesting
5 Permission For Person Appearing Pro Se To Use Electronic Filing (Dkt. No. 4) is granted,
6 however, plaintiff's permission to use the CM/ECF system will be subject to revocation should
7 plaintiff abuse the privilege of electronic filing.
8         IT IS SO ORDERED.
9 DATED:  September 11, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2