1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11   SCOTT R. SMITH,

12            Plaintiff,                    No. CIV 2:12-cv-2184 MCE AC PS

13        vs.

14   ENTREPRENEUR MEDIA, INC.,

15            Defendant.                    ORDER

16   _____/

17        In this action, pro se plaintiff Scott R. Smith is seeking review of two decisions

18   issued in two unconsolidated cancellation proceedings by the Trademark Trial and Appeal Board

19   ("TTAB") of the U.S. Patent and Trademark Office, pursuant to § 21(b) of the Lanham Act, 15

20   U.S.C. § 1071(b).[1]

21        Under the Lanham Act, a party that loses before the TTAB may appeal the

22   decision to the United States Court of Appeals for the Federal Circuit on the closed record of the

23   TTAB proceeding.  See 15 U.S.C. § 1071(a)(4).  In the alternative, the party has the option of

24   presenting additional evidence or raising additional claims in the United States District Court in

25

26        [1]  This matter is before the undersigned pursuant to Local Rule 302(c)(21).

1

1    any district where venue is proper.  See id. § 1071(b)(1).  Plaintiff here appeals from two TTAB

2    decisions issued in two unconsolidated proceedings.  The plain language of § 1701, however,

3    suggests that a dissatisfied party in a TTAB proceeding may appeal to the federal court only one

4    TTAB decision from a single proceeding.  The court is aware of no authority that authorizes it to

5    review these unconsolidated proceedings in one action.

6              Accordingly, IT IS HEREBY ORDERED that within 21 days of the date of this

7    order, the parties shall file briefs not to exceed 5 pages addressing plaintiff's authority to

8    challenge the TTAB's decisions in Cancellation No. 92053724 and Cancellation No. 92053982

9    in a single federal action.

10   DATED: December 26, 2012

11

12                                          ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE

13
     /mb;smit2184.jo
14

15

16

17

18

19

20

21

22

23

24

25

26